### Crowne cont$^a$ Paine

Colonel W$^m$ Crowne plaint. cont$^a$ the goods Estate late belonging unto m$^r$ Iohn Paine dece$^d$ as Assets in the hands of Richard Knight Adm$^r$ or wheresoever else they may bee found Defend$^t$ This Action was dismis't, There being a Committee appoint$^d$ by the Court to take in the claims of the Credito$^{rs}$ as an insolvant Estate, and no sute Admitt$^d$ likewise the plaint. asserting that no person obstructed his taking possession of the Estate hee Sueth for.

### Long cont$^a$ Leichfeild

Thomas Long of Hartford plaint. cont$^a$ Thomas Leichfeild and Mary his wife (late Mary Long) Adm$^{rs}$ of the Estate left by Ioseph Long sometime of Dorchester dece$^d$ Defend$^t$ in an action of Reveiw of a case tryed at a County Court held at Boston. 29$^o$ Iuly. 1673. between the s$^d$ Thomas Long by his Attournys plaint. and Ioseph Long Defend$^t$ for witholding and improving a parcel of Land containing ten or twelve Acres lying in the great Lotts in Dorchester within pale &c$^a$ according to Attachm$^t$. . . . The Iury . . . found for the Defend$^t$ costs of Court.

### Waldron cont$^a$ Henderson

Isaac Waldron plaint. cont$^a$ W$^m$ Henderson Defend$^t$ in an action of reveiw of a case tryed at a County Court held in Boston. 30th April. 1678. and from thence carried by Appeale unto the Court of Assistants in September following for non payment of one hundred and Fifty pounds in money or what shall appeare due by promiss and engagement under the s$^d$ Hendersons hand and Seale &c$^a$ according to attachm$^t$. . . . [ 592 ] The Iury . . . found for the Defend$^t$ costs of Court.

[ See cases of the same name, above, pp. 903, 924.]